## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| HENKEL CORPORATION, | Civil No. 06-3810 (RHK/JSM) |
| Plaintiff, | |
| vs. | **ORDER** |
| DONALD TEW and DREVE GMBH & CO., | |
| Defendants. | |

Based upon all the pleadings and papers on file in this action and the stipulation of

the parties, **IT IS HEREBY ORDERED** that the parties shall be bound by the terms and

conditions contained in the parties' Amended Stipulated Confidentiality Agreement (Doc.

No. 20) dated September 26, 2006.


Dated September 26, 2006

                                    s/Richard H. Kyle
                                    RICHARD H. KYLE
                                    United States District Judge

Dockets.Justia.com