UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

HENKEL CORPORATION,                             Civil No. 06-3810 (RHK/JSM)

                Plaintiff,

vs.                                             **ORDER**

DONALD TEW and
DREVE GMBH & CO.,

                Defendants.

Based upon all the pleadings and papers on file in this action and the Stipulation of the parties, **IT IS HEREBY ORDERED** that the parties shall be bound by the terms and conditions contained in the parties' Stipulated Consent Agreement (Doc. No. 22) dated September 26, 2006.

Dated September 26, 2006

                                                        s/Richard H. Kyle
                                                        RICHARD H. KYLE
                                                        United States District Judge