UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Henkel Corporation,                              Civil No. 06-3810 (RHK/JSM)

                Plaintiff,         **ORDER**

vs.

Donald Tew and Dreve GMBH & Co.,

                Defendants.

---

Having reviewed the parties' submissions regarding the hearing for Plaintiff's Motion for Preliminary Injunction, **IT IS ORDERED**:

1. Said hearing will be held at 10:00 a.m. on Tuesday, November 7, 2006, in Courtroom 1, 180 East Fifth Street, St. Paul, Minnesota (and will not exceed one hour);

2. Defendants shall serve and file its responsive memorandum no later than 12:00 noon, Tuesday, October 31, 2006; and

3. Plaintiff may reply thereto no later than 12:00 noon, Friday, November 3, 2006.

Dated October 2, 2006

                                              s/Richard H. Kyle
                                              RICHARD H. KYLE
                                              United States District Judge