UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| HENKEL CORPORATION, | Court File No. 06-3810 (RHK/JSM) |
| Plaintiff, | |
| vs. | **ORDER** |
| DONALD TEW and<br>DREVE GMBH & CO., | |
| Defendants. | |

Based upon all the pleadings and papers on file in this action and the Stipulation of the parties, **IT IS HEREBY ORDERED** that the parties shall be bound by the terms and conditions contained in the parties' Stipulation filed with the Court on November 21, 2006.

Date: November 21, 2006

s/Richard H. Kyle
RICHARD H. Kyle
United States District Judge